

07 CV 6942

355-07/DPM/MAM
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
MODESTA SHIPHOLDING LTD.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Don P. Murnane, Jr. (DM 3639)
Manuel A. Molina (MM 1017)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MODESTA SHIPHOLDING LTD.,

            Plaintiff,

-against-

LS TRADING ENGINEERING, S.A.,

            Defendant.
------------------------------------------------------------x

07 CIV.        (        )

**RULE 7.1 STATEMENT**

MODESTA SHIPHOLDING LTD., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company

Dated: New York, New York
      August 1, 2007

                        FREEHILL HOGAN & MAHAR, LLP
                        Attorneys for Plaintiff
                        MODESTA SHIPHOLDING LTD.

      By: _____
            Don P. Murnane, Jr. (DM 3639)
            Manuel A. Molina (MM 1017)

NYDOCS1/287637.1