GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR
THOMAS M. RUSSO
THOMAS M. CANEVARI'
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*
MICHAEL E. UNGER*'
WILLIAM J. PALLAS*
GINA M. VENEZIA
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*'
DANIEL J. FITZGERALD*'
MICHAEL C. ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
' ALSO ADMITTED IN CONNECTICUT
  ALSO ADMITTED IN WASHINGTON, D C
° ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, NJ 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377





November 16, 2007

Our Ref: 355-07/DPM/MAM

**BY HAND**

The Honorable John F. Keenan
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York  10007

Re:  Modesta Shipholding Ltd. v. LS Trading Engineering, S.A.,
     07-6942 (JFK)

Dear Judge Keenan:

The conference is adjourned to January 8, 2008, at 10:00 am.
SO ORDERED.
Dated:   New York, New York
         November 17, 2007

         /s/ John F. Keenan
         U.S.D.J.

We represent the Plaintiff Modesta Shipholding Ltd. in connection with the above-referenced Rule B maritime attachment action which has been reassigned to Your Honor. We write to request that the initial pre-trial conference scheduled for November 20, 2007 be adjourned 45-days.

Plaintiff initiated this action on August 2, 2007, seeking security in the sum of $315,268.35 for its maritime claim via an attachment of Defendant's property in this District pursuant to Rule B. Judge Sprizzo granted Plaintiff's application on the same day. On or about August 28, 2007, Deutsche Bank advised us that, pursuant to the Order of Attachment, it had seized the sum of $3,348.48 belonging to Defendant. On that same day, we provided Notice of Attachment. Indeed, in response to our Notice, Defendant contacted us on August 29 and demanded copies of the pleadings. We responded the same day, e-mailing to Defendant copies of the Verified Complaint, the Summons, the Order of Attachment and the Process of Maritime Attachment and Garnishment. To date, however, Defendant has not appeared or moved to vacate the attachment. We continue to effect daily service of the writ in an attempt to fully secure Plaintiff's claim.

NYDOCS1/293994.1

The Honorable Richard J. Sullivan
November 16, 2007
Page 2

In light of the foregoing considerations, we therefore respectfully request that Your Honor grant the within application.

We thank the Court for its attention to this matter.

Respectfully submitted,

FREEHILL HOGAN & MAHAR, LLP

*Manuel A. Molina*
Manuel A. Molina

NYDOCS1/293994.1

FREEHILL, HOGAN & MAHAR LLP