LAW OFFICES OF

## FREEHILL HOGAN & MAHAR LLP

80 PINE STREET

NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900

FACSIMILE (212) 425-1901

GEORGE B FREEHILL
WILLIAM L JUSKA, JR
JAMES L ROSS*
ERIC E LENCK
JOHN J WALSH*
PATRICK J BONNER*
PETER J GUTOWSKI
MARK F MULLER
WAYNE D MEEHAN*
DON P MURNANE JR _
THOMAS M RUSSO
THOMAS M CANEVARI†
MICHAEL FERNANDEZ*
JOHN F KARPOUSIS*
MICHAEL E UNGER*
WILLIAM J PALLAS*
GINA M VENEZIA
LAWRENCE J KAHN*
BARBARA G CARNEVALE*
MANUEL A MOLINA
JUSTIN T NASTRO*
PAMELA L SCHULTZ* †
DANIEL J FITZGERALD*†
MICHAEL C ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
  ALSO ADMITTED IN WASHINGTON, D C
* A SO ADMITTED IN LOUISIANA

NEW JERSEY OFFICE
85Ð BERGEN AVENUE
JERSEY CITY, N J 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) 921 1913
FACSIMILE (203) 358-8377

**MEMO ENDORSED**

The conference is adjourned to April 8, 2008
at 10:00 am.
SO ORDERED.                _John F. Keenan_
Dated:    New York, New York
          February 21, 2008.

February 19, 2008

RECEIVED
FEB 2 0 2008
JUDGE KEENAN'S CHAMBERS

**BY HAND**

The Honorable John F. Keenan
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:    Modesta Shipholding Ltd. v. LS Trading Engineering, S.A.,
       07-6942 (JFK)

--------------------------------------------------------------------------------

Dear Judge Keenan:

We represent the Plaintiff Modesta Shipholding Ltd. in connection with the above-referenced Rule B maritime attachment action. We write to request that the pre-trial conference scheduled for January 21, 2008 be adjourned 45-days.

Plaintiff initiated this action seeking security in the sum of $315,268.35 for its maritime claim via an attachment of Defendant's property in this District pursuant to Rule B. Judge Sprizzo granted Plaintiff's application on August 2, 2007. On or about August 28, 2007, Deutsche Bank advised us that, pursuant to the Order of Attachment, it had seized the sum of $3,348.48 belonging to Defendant. On that same day, we provided Notice of Attachment. In response to our Notice, Defendant contacted us on August 29 and demanded copies of the pleadings. We responded the same day, e-mailing to Defendant copies of the Verified Complaint, the Summons, the Order of Attachment and the Process of Maritime Attachment and Garnishment. To date, however, Defendant has not appeared or moved to vacate the attachment. We continue to effect daily service of the writ in an attempt to fully secure Plaintiff's claim.

In light of the foregoing considerations, we therefore respectfully request that Your Honor grant the within application.

NYDOCS1/299302 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-21-08



The Honorable John F. Keenan
February 19, 2008
Page 2

We thank the Court for its attention to this matter.

Respectfully submitted,

FREEHILL HOGAN & MAHAR, LLP

Manuel A. Molina

FREEHILL, HOGAN & MAHAR LLP