| GEORGE B. FREEHILL<br>WILLIAM L. JUSKA, JR.<br>JAMES L. ROSS*<br>ERIC E. LENCK<br>JOHN J. WALSH*<br>PATRICK J. BONNER*<br>PETER J. GUTOWSKI<br>MARK F. MULLER<br>WAYNE D. MEEHAN*<br>DON P. MURNANE, JR.▲<br>THOMAS M. RUSSO<br>THOMAS M. CANEVARI¹<br>MICHAEL FERNANDEZ*<br>JOHN F. KARPOUSIS*▲<br>MICHAEL E. UNGER*¹<br>WILLIAM J. PALLAS*<br>GINA M. VENEZIA*▲<br>LAWRENCE J. KAHN*<br>BARBARA G. CARNEVALE*<br>MANUEL A. MOLINA<br>JUSTIN T. NASTRO*<br>PAMELA L. SCHULTZ*¹¹<br>DANIEL J. FITZGERALD*¹▲<br>MICHAEL C. ELLIOTT* | LAW OFFICES OF<br>FREEHILL HOGAN & MAHAR LLP<br>80 PINE STREET<br>NEW YORK, N.Y. 10005-1759<br>TELEPHONE (212) 425-1900<br>FACSIMILE (212) 425-1901<br>E-MAIL: reception@freehill.com<br>www.freehill.com | NEW JERSEY OFFICE<br>550 BERGEN AVENUE<br>JERSEY CITY, N.J. 07306<br>TELEPHONE (973) 623-5514<br>FACSIMILE (973) 623-3813<br><br>CONNECTICUT OFFICE<br>23 OLD KINGS HIGHWAY SOUTH<br>DARIEN, CT 06820-4539<br>TELEPHONE: (203) 921-1913<br>FACSIMILE (203) 358-9377 |

* ALSO ADMITTED IN NEW JERSEY
¹ ALSO ADMITTED IN CONNECTICUT
▲ ALSO ADMITTED IN WASHINGTON, D.C.
⁴ ALSO ADMITTED IN LOUISIANA



JUL 21 2008

July 21, 2008

Our Ref: 355-07/DPM/MAM

<u>**VIA FACSIMILE (with prior authorization)**</u> 212-805-7911

The Honorable John F. Keenan
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1930
New York, New York 10007

Re:   Modesta Shipholding Ltd. v. LS Trading Engineering, S.A.,
      07-6942 (JFK)

> The conference is adjourned to
> September 15, 2008, at 10:00 am
> SO ORDERED.
> Dated:   New York, New York
>          July 22, 2008.
>
>          John F. Keenan
>                    U.S.D.J.

Dear Judge Keenan:

We represent the Plaintiff Modesta Shipholding Ltd. in connection with the above-referenced Rule B maritime attachment action. We write to request that the pre-trial conference scheduled for July 23, 2008 be adjourned 45-days.

Plaintiff initiated this action seeking security in the sum of $315,268.35 for its maritime claim via an attachment of Defendant's property in this District pursuant to Rule B. On or about August 28, 2007, Deutsche Bank advised us that, pursuant to the Order of Attachment, it had seized the sum of $3,348.48 belonging to Defendant. On that same day, we provided Notice of Attachment. In response to our Notice, Defendant contacted us on August 29 and demanded copies of the pleadings. We responded the same day, e-mailing to Defendant copies of the Verified Complaint, the Summons, the Order of Attachment and the Process of Maritime Attachment and Garnishment. To date, however, Defendant has not appeared or moved to vacate the attachment. We continue to effect daily service of the writ in an attempt to fully secure Plaintiff's claim.

In light of the foregoing considerations, we therefore respectfully request that Your Honor grant the within application.

NYDOCS1/309031.1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-22-08
```

The Honorable John F. Keenan
July 21, 2008
Page 2

    We thank the Court for its attention to this matter.

        Respectfully submitted,

        FREEHILL HOGAN & MAHAR, LLP

        *Manuel A. Molina*
        Manuel A. Molina