**MEMO ENDORSED**

LAW OFFICES OF

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▵
THOMAS M. RUSSO
THOMAS M. CANEVARI'
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▵
MICHAEL E. UNGER*'
WILLIAM J. PALLAS*
GINA M. VENEZIA'▵
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*'
DANIEL J. FITZGERALD*'▵
MICHAEL C. ELLIOTT

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
▵ ALSO ADMITTED IN WASHINGTON D.C.
' ALSO ADMITTED IN LOUISIANA

## FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E MAIL: reception@freehill.com
www.freehill.com

SEP 10 2008

NEW JERSEY OFFICE
550 BERGEN AVENUE
JERSEY CITY N J 07305
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 359-8377

September 10, 2008

Our Ref: 355-07/DPM/MAM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-08

**VIA FACSIMILE (with prior authorization)**   212-805-7911

The Honorable John F. Keenan
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1930
New York, New York 10007

Re:    Modesta Shipholding Ltd. v. LS Trading Engineering, S.A.,
07-6942 (JFK)

Dear Judge Keenan:

We represent the Plaintiff Modesta Shipholding Ltd. in connection with the above-referenced Rule B maritime attachment action. We write to request that the pre-trial conference scheduled for September 15, 2008 be adjourned 60-days.

Plaintiff initiated this action seeking security in the sum of $315,268.35 for its maritime claim via an attachment of Defendant's property in this District pursuant to Rule B. On or about August 28, 2007, Deutsche Bank advised us that, pursuant to the Order of Attachment, it had seized the sum of $3,348.48 belonging to Defendant. On that same day, we provided Notice of Attachment. In response to our Notice, Defendant contacted us on August 29 and demanded copies of the pleadings. We responded the same day, e-mailing to Defendant copies of the Verified Complaint, the Summons, the Order of Attachment and the Process of Maritime Attachment and Garnishment. To date, however, Defendant has not appeared or moved to vacate the attachment. We continue to effect daily service of the writ in an attempt to fully secure Plaintiff's claim.

In light of the foregoing considerations, we therefore respectfully request that Your Honor grant the within application.

NYDOCS1/312306.1

SEP 10 2008 8:44PM FREEHILL HOGAN MAHAR NO.5281 P. 2

The Honorable John F. Keenan
September 10, 2008
Page 2

We thank the Court for its attention to this matter.

Respectfully submitted,

FREEHILL HOGAN & MAHAR, LLP

Manuel A. Molina

        The application is granted.
        The conference is adjourned until
        November 13, 2008 at 10:15 a.m.

        SO ORDERED.

        Dated:     New York, N.Y.
                   September 11, 2008

                              U.S.D.J.

FREEHILL, HOGAN & MAHAR LLP