```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-1-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------X

Modesta Shipholding

— v —

LS Trading

---------------------------------X

07 civ 6942 (JFK)

Please be advised that the conference scheduled for _July 6, 2009_ has been rescheduled to _July 9, 2009_ at _10:00 a.m._ in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York

March 31, 2009

*John F. Keenan*
JOHN F. KEENAN
United States District Judge